UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA  DIVISION

KEVIN J. MILLS

      vs                      Case No. 3:09cv294-MCR/MD

INNOVATIVE ENERGY GLOBAL LTD

_____

**ORDER**

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S MOTION TO REMAND and ...MEMORANDUM IN SUPPORT OF HIS MOTION TO REMAND, (electronically filed 7/30/2009, docs. 10,11)**, were referred to the undersigned with the following deficiencies:

> Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

DONE and ORDERED this 31st day of July, 2009.

                                            /s *M. Casey Rodgers*
                                            M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE