UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN J. MILLS,
    Plaintiff,

vs.                      CASE NO.: 3:09cv294/MCR/MD

INNOVATIVE ENERGY GLOBAL,
LTD., a United Kingdom limited
corporation,
    Defendant.
_____

## ORDER

A telephone conference with counsel was held on March 23, 2010. Based on that discussion and with the concurrence of the district judge, it is ORDERED as follows:

1. The stay imposed on February 9, 2010 is LIFTED.

2. Defendant shall respond to plaintiff's motion for summary judgment no later than May 3, 2010 and will file a motion for summary judgment, if it wishes, by the same date.

3. Plaintiff will respond to defendant's motion for summary judgment, if any, by May 17, 2010.

4. The case is still set for trial during the two week period commencing September 20, 2010.

DONE AND ORDERED at Pensacola, Florida this 23rd day of March, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE