# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN J. MILLS,

    Plaintiff,

v.                                        Case No. 3:09cv294-MCR/MD

INNOVATIVE ENERGY GLOBAL, LTD.,

    Defendant.
_____/

## ORDER AND NOTICE

Defendant Innovative Energy Global, Ltd., has filed Defendant's Motion for Summary Judgment on its Counterclaims (doc. 80) and Defendant's Motion for Summary Judgment on Plaintiff's Claims (doc. 81) against Plaintiff Kevin J. Mills. The court will take the motions under advisement twenty-one calendar days after the date the motions were filed or seven calendar days after the responsive memoranda are required to be filed under N.D. Fla. Loc. R. 7.1(C)(1), whichever is later. A motion for summary judgment will result in a final judgment being entered for the moving party if "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).

All evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure must be filed with the court **prior to** the above advisement date. Only those evidentiary materials currently in the record or filed **prior to** the above date will be considered by the court in ruling on these motions. Additionally, the parties are directed to submit hard (*i.e.*, paper) copies of their motions and/or responses and all supporting exhibits, along with any other evidentiary materials, to the undersigned's chambers **prior to** the advisement date.

**NOTICE:** The parties are cautioned that the court will not consider untimely filed memoranda, statements of fact, or supporting exhibits and other evidentiary materials.

**DONE and ORDERED** this 11th day of May, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**