# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN J. MILLS

     vs                                 Case No. 3:09cv294-MCR/MD

INNOVATIVE ENERGY GLOBAL, LTD.

_____

## O R D E R

Plaintiff's **CORRECTIVE AMENDMENT TO ANSWER TO DEFENDANT'S COUNTERCLAIM (electronically filed 5/18/2010, doc.97)**, was referred to the undersigned with the following deficiencies:

    Memorandum required by N.D. Fla. Loc. R. 7.1(A).

    A motion for leave of court is required when seeking to amend a pleading. The amended pleading, in its entirety, shall be electronically filed as separate documents. See N.D. Fla. Loc. R. 15.1 (revised 7/2005).

For these reasons, IT IS ORDERED that:

    The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

    Additionally, the court notes that pursuant to the Report of Parties' Planning Meeting (doc. 21) and the court's Final Scheduling Order (doc. 29), the deadline to amend pleadings was October 1, 2009.

**DONE and ORDERED** this 21st day of May, 2010.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**