# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN J. MILLS,

    Plaintiff,

v.                                              CASE NO.: 3:09cv294/MCR/MD

INNOVATIVE ENERGY GLOBAL, LTD.,

    Defendant.
_____/

## ORDER OF CLARIFICATION

Upon referral from the clerk, the court entered an order of deficiency on May 21, 2010, regarding plaintiff's Corrective Amendment to Answer to Defendant's Counterclaim filed May 18, 2010, citing failures to comply with Local Rule 15.1.  The order also noted the elapsed deadline to amend pleadings.  It has since been brought to the court's attention that plaintiff did seek unopposed leave to amend its pleading[1] (doc. 88), which was granted on May 13, 2010 (doc. 90).  Notwithstanding the court's leave to amend, Local Rule 15.1 also provides that "the amended pleading shall be filed in its entirety with all of the amendments incorporated therein."

**SO ORDERED** this 25th day of May, 2010.

                                       s/ *M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's Unopposed Motion for Corrective Amendment of Mills' Answer to Counterclaim was filed May 11, 2010.  Upon further review, plaintiff failed to filed the proposed amended pleading along with the motion as required.