UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN J. MILLS,

    Plaintiff/Counterclaim Defendant,

v.                                      Case No. 3:09cv294-MCR/MD

INNOVATIVE ENERGY GLOBAL, LTD.,

    Defendant/Counterclaim Plaintiff.
_____/

## O R D E R

The court hereby discloses that the undersigned has recently hired as a law clerk Amy Klotz, who has been an attorney of record in this case. Due to the inherent potential of a conflict of interest, the court makes this disclosure to all parties and offers the assurance of the court that Ms. Klotz will not be assigned to or have any involvement with this case. The undersigned has had no discussions with her about the case. Therefore, no conflict of interest in fact exists.

**DONE AND ORDERED** this 8th day of June, 2010.

                                    *s/ M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **UNITED STATES DISTRICT JUDGE**